UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. GEOFFREY LUNDY, M.D., ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> GENESIO W. BIESEK, M.D., ) <br>  ) <br> Defendant. ) | No. 06-CV-337-SM <br><br><br> Filed Under Seal - Level I |

ORDER

Upon consideration of the United States' unopposed motion requesting a partial lift of the seal, it is hereby

**ORDERED** that the seal is partially lifted so that the United States may disclose the existence of and/or the contents of the Complaint to the defendant and any counsel retained by the defendant; and

**FURTHER ORDERED** that the Complaint and all other filings shall remain under seal until at least January 7, 2008, unless the United States requests that the seal be lifted prior to that date.

Dated: November 8 2007

_____
UNITED STATES DISTRICT JUDGE