UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America
<u>ex rel. Geoffrey Lundy, M.D.</u>

    v.                    Case No. 06-cv-337-SM

<u>Genesio W. Biesek, M.D.</u>


<u>ORDER</u>

    Re: Document No. 18, Unopposed Application for Additional Extension of time to Consider Election to Intervene

    Ruling: Granted. As the Government was warned in January, this is an aging case and it must either move forward or be abandoned. The government has had over 18 months in which to determine whether to intervene, including 5 extensions of time (including this one). The motion is granted, but the government will either intervene or not by the close of business on June 9, 2008. No further extensions will be granted.

                                            _____
                                            Steven J. McAuliffe
                                            Chief Judge

Date: April 7, 2008

cc:  John J. Farley, AUSA
      Daphne Lessard, Esq.