UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 17 2008

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> ex rel. GEOFFREY LUNDY, M.D., | ) ) ) | |
| Plaintiff, | ) ) | No. 06-CV-337-SM |
| v. | ) ) | |
| GENESIO W. BIESEK, M.D., | ) ) | Filed Under Seal - Level I |
| Defendant. | ) | |

O R D E R

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and having submitted a request to maintain the complaint and all other filings in this case under seal, it is hereby

**ORDERED** that the motion is granted; and

**FURTHER ORDERED** that, absent further order of the Court, the complaint and all other filings in this matter shall remain under seal until and including August 11, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: 6/17/08